

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-14-00641-CV

Robert **MARX** and Debbie Marx,
Appellants

v.

**FDP, LP,**
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to March 11, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:
Kirk Dockery
PO Box 459
Floresville, TX 78114-0459

Scott R. Donaho
PO Box 459
Floresville, TX 78114-0459

Vincent Lee Marable III
221 N Houston St
Wharton, TX 77488-3821

Gilbert Timbrell Adams III
PO Box 3688
Beaumont, TX 77704